## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

YOHANES GIRMA BABU                    *
                                      *
*On behalf of Himself and*            *
*All Others Similarly Situated*       *
                                      *
    Plaintiff,    *
                                      *
v.                                    *     Case No.:  1:10-cv-01528-HHK
                                      *
                                      *
FIRST WORLD SECURITY                  *
CONSULTANTS, LLC                      *
                                      *
    Defendant.     *
**************************************************************************

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff and Defendant have agreed upon a fair and amicable resolution to this litigation.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby

stipulate that all counts and allegations alleged in this litigation by Plaintiff against Defendant are

hereby dismissed, **WITH PREJUDICE.**

    The parties agree that they shall bear their own costs incurred in this matter.

                Respectfully submitted,

                     /s/
                Gregg C. Greenberg, Bar No. MD17291
                THE ZIPIN LAW FIRM, LLC
                8403 Colesville Road, Suite 610
                Silver Spring, Maryland 20910
                (301) 587-9373
                (301) 587-9397 fax
                Email:  ggreenberg@zipinlaw.com

                *Counsel for Plaintiff*